# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Scott and Patti Weddle,

           Plaintiffs,

                                       Civ. No. 11-2122 (RHK/JSM)
                                       **ORDER**

v.

Apex Financial Management, LLC, *et al.*,

           Defendants.

      Plaintiffs in this action have accepted Defendants' Offer of Judgment, reserving the right to petition the Court for an award of reasonable attorneys' fees. Plaintiffs request that the Court issue a scheduling Order affording the parties "a minimum of 30 days . . . to attempt to informally settle th[e] issue of attorney's fees and costs, without the necessity of the Court's involvement." (Doc. No. 9 at 2.) Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED**:

      1.     The parties shall have until October 24, 2011, to informally resolve the fee issue. They shall promptly notify the Court if they are able to do so;

      2.     In the event the parties are unable to resolve the fee issue without the Court's intervention, the following briefing schedule shall apply to Plaintiffs' fee request: Plaintiffs shall serve and file a Memorandum in support of their request, together with all supporting documents, on or before October 28, 2011, and Defendants shall serve and file

a Memorandum in opposition to the request, together with all supporting documents, on or before November 7, 2011; and

      3.     No hearing will be held on the fee request unless the Court orders otherwise.

Dated: September 23, 2011　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge